## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) MARIA HETHERINGTON, as Special Administrator of the Estate of CHRISTOPHER HETHERINGTON, deceased,<br><br>Plaintiff,<br><br>v.<br><br>(1) LEFLORE COUNTY DETENTION CENTER PUBLIC TRUST,<br>(2) DOES Nos. 1-10,<br>(3) STIGLER HEALTH & WELLNESS CENTER, INC.,<br><br>Defendants. | 21-cv-121-RAW<br><br>JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in the above-styled case for Defendant LeFlore County Detention Center Public Trust. I certify that I am admitted to practice in this court and am registered to file documents electronically with this court.

Respectfully submitted,

s/ Michael L. Carr
Michael L. Carr, OBA No. 17805
COLLINS, ZORN, & WAGNER, PLLC
429 N.E. 50th Street, Second Floor
Oklahoma City, OK  73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: mlc@czwlaw.com

ATTORNEY FOR LEFLORE COUNTY
DETENTION CENTER PUBLIC TRUST

## CERTIFICATE OF SERVICE

I hereby certify that on December 27, 2021, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Daniel E. Smolen
Robert M. Blakemore
SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, OK 74119
danielsmolen@ssrok.com
bobblakemore@ssrok.com
*Attorneys for Plaintiff*

Adam L. Wilson
Grant A. Fitz
RICHARDS & CONNOR
12TH Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, OK 74103
awilson@richardsconnor.com
gfitz@richardsconnor.com
*Attorneys for Stigler Health and Wellness Center, Inc.*

                s/ Michael L. Carr
                Michael L. Carr