# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

(1) MARIA HETHERINGTON, as Special Administrator of the Estate of CHRISTOPHER HETHERINGTON, deceased,

      Plaintiff,

vs.

(1) LEFLORE COUNTY DETENTION CENTER PUBLIC TRUST;
(2) DOES 1 through 10;
(3) HEALTH & WELLNESS CENTER, INC.,

      Defendants.

Case. No. 21-CV-00121-RAW

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)[1], all parties to this action stipulate and agree that all Plaintiff's claims and causes of action against Defendant Stigler Health & Wellness Center, Inc. should be and are hereby dismissed without prejudice to refiling and without costs, disbursements, or attorneys' fees to any party.

---

[1] *See Kristina Consulting Grp., LLC v. Debt Pay Gateway, Inc.*, No. 21-5022, 2022 WL 881575, at *2, n.4 (10th Cir. Mar. 25, 2022) ("Although Rule 41(a)(1)(A) refers to dismissal of the "action," the rule permits the dismissal of fewer than all parties so long as all claims against a particular party are dismissed").

Respectfully submitted,

/s/ *Robert M. Blakemore*
*(signed by filing attorney with permission of attorneys for Plaintiff)*
Daniel E. Smolen, OBA #19943
Robert M. Blakemore, OBA #18656
SMOLEN & ROYTMAN
701 South Cincinnati Avenue
Tulsa, OK 74119
Phone: (918) 585-2667
Fax : (918) 585-2669
Email : danielsmolen@ssrok.com
Email : bobblakemore@ssork.com

**ATTORNEYS FOR PLAINTIFF**

/s/ *Michael L. Carr*
*(signed with permission of attorney for Leflore County Detention Center Public Trust)*
Michael L. Carr, OBA No. 17805
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: mlc@czwlaw.com

**ATTORNEY FOR LEFLORE COUNTY DETENTION CENTER PUBLIC TRUST**

/s/ *Grant A. Fitz*
Grant A. Fitz, OBA #19806
Adam L. Wilson, OBA #30298
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, OK 74103
Email: gfitz@richardsconnor.com
Email: awilson@richardsconnor.com

**ATTORNEYS FOR STIGLER HEALTH AND WELLNESS CENTER, INC.**