IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

(1) MARIA HETHERINGTON, as Special )
Administrator of the Estate of CHRISTOPHER )
HETHERINGTON, deceased, )
)
           Plaintiff, )
)
vs. )   Case. No. 21-CV-00121-RAW
)
(1) DONALD EDWARDS, in his official capacity; )
(2) DOES 1 through 10; )
(3) STIGLER HEALTH & WELLNESS CENTER, )
INC., )
)
           Defendants. )

## MOTION TO WITHDRAW AS COUNSEL

**COMES NOW** Adam L. Wilson and pursuant to EDOK L.Civ. R. 7.1 and 83.5 submits to this Court his Motion for Leave to Withdraw as Counsel for Defendant Stigler Health and Wellness Center, Inc. in this case. Movant requests that he be allowed to withdraw from further representation of said Defendant based upon the following information:

1. This Movant, Adam L Wilson has resigned from the law firm of RICHARDS & CONNOR, PLLP representing the above-referenced Defendant in this lawsuit.

2. RICHARDS & CONNOR, specifically Grant A. Fitz, will continue to represent this Defendant in this matter.

3. This case is not currently on the motion docket or set for hearing. The pretrial conference is currently set for August 18, 2022 and trial for September 7, 2022.

4. Defendant Stigler Health and Wellness Center, Inc. has been informed of Mr. Wilson's intent to withdraw and has no objection to the relief sought in this Motion.

WHEREFORE, PREMISES CONSIDERED, Adam L Wilson respectfully requests this Court enter an Order acknowledging and allowing his withdrawal from the above numbered and styled cause.

Respectfully submitted,

*/s/Adam L. Wilson*
Grant A. Fitz, OBA #19806
gfitz@richardsconnor.com
Adam L. Wilson., OBA #30298
awilson@richardsconnor.com
RICHARDS & CONNOR
12th Floor, ParkCentre Building
525 S. Main St.
Tulsa, OK 74103
Telephone: 918/585.2394
Facsimile: 918/585.1449

**ATTORNEYS FOR STIGLER HEALTH & WELLNESS, CENTER, INC.**

## **CERTIFICATE OF SERVICE**

      I hereby certify on this 9th day of June 2022, that all documents relative to this Motion were or will be electronically transmitted to the Court Clerk using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF Registrants:

Daniel E. Smolen
Robert M. Blakemore
SMOLEN & ROYTMAN
701 S. Cincinnati Avenue
Tulsa, OK 74119
danielsmolen@ssrok.com
bobblakemore@ssrok.com
**ATTORNEYS FOR PLAINTIFF**

Michael L. Carr
COLLINS, ZORN, & WAGNER, P.C.
429 N.E. 50th Street, Second Floor
Oklahoma City, OK 73105-1815
Telephone: (405) 524-2070
Facsimile: (405) 524-2078
Email: mlc@czwlaw.co
**ATTORNEY FOR DEFENDANT DONNIE EDWARDS, IN HIS OFFICIAL CAPACITY**

                                                                                  */s/Adam L. Wilson*